FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 NOV 19 PM 12:07

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ROBERT K. OTTERSTATTER            CIVIL ACTION NO. 04-410

versus            SECTION: "I" (3)

OIL TOOLS INC, ET AL

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

DATE OF ENTRY
NOV 1 9 2004

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

**COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, <u>**EVERY**</u> <u>**WITNESS**</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 19 of Nov., 2004.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE