UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 FEB 17 PM 3:28
LORETTA G. WHYTE

ROBERT K. OTTERSTATTER * CIVIL ACTION: 04-0410

VERSUS * SECTION: "I"

\* MAGISTRATE JUDGE 3

OIL TOOLS, INC., HILCORP ENERGY
COMPANY, NABORS DRILLING USA, L.P. *
AND JOHN DOE

* * * * * * * * * * * * *

## MOTION AND ORDER TO DISMISS INTERVENTION

NOW INTO COURT, comes intervenor, Louisiana Workers' Compensation Corporation who upon representing to this Court that its intervention and subrogation interest has been satisfied by the plaintiff and that all matters between intervenor and plaintiff have been satisfied and fully resolved, respectfully requests this Honorable Court dismiss its Petition for Intervention, with prejudice, each party to bear their own costs.

Respectfully submitted:

_____
Patricia J. Delpit, LSBA # 23499
JOHNSON, STILTNER & RAHMAN
Post Office Box 98001
Baton Rouge, Louisiana 70898-8001
(225) 231-0899
Counsel for Louisiana Workers'
Compensation Corporation

DATE OF ENTRY
FEB 23 2005

___ Fee____
___ Process____
X  Dktd____
✓ CtRmDep____
___ Doc. No____

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing was mailed this date, by certified mail, postage prepaid and properly addressed, to all counsel of record, as follows:

Stephen R. Barry, Esq.  **BARRY, PICCONE & DYESS**  612 Gravier Street  New Orleans, Louisiana 70130

Stephen Begnaud Emling, Esq.  **BASTIAN & BROOKS**  909 Poydras Street, Suite 1200  New Orleans, Louisiana 70112

Baton Rouge, Louisiana, this 16th day of February, 2005.

Patricia J. Delpit

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT K. OTTERSTATTER** | * | CIVIL ACTION: 04-0410 |
| **VERSUS** | * | SECTION: "I" |
| | * | MAGISTRATE JUDGE 3 |
| **OIL TOOLS, INC., HILCORP ENERGY COMPANY, NABORS DRILLING USA, L.P. AND JOHN DOE** | * | |

* * * * * * * * * * * * *

## ORDER

CONSIDERING THE MOTION TO DISMISS INTERVENTION:

It is hereby ORDERED that all claims, including the Petition of Intervention, by Louisiana Workers' Compensation Corporation be and is hereby DISMISSED, with full prejudice, each party to bear their own costs.

SIGNED, this 18 day of Feb , 2005 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT